United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD CHRISTOPHER WHITE,
Plaintiff,

v.

BMO BANK N.A.,
Defendant.

Case No. 25-cv-07717-JST

**ORDER DISMISSING CASE**

On September 10, the Court granted Defendant BMO Bank, N.A.'s motion to dismiss with leave to amend and provided 28 days for Plaintiff White to file an amended complaint. ECF No. 24 at 11. To date, no amended complaint has been filed. Accordingly, this case is dismissed without leave to amend. The Clerk shall enter judgment and close the file.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2026

JON S. TIGAR
United States District Judge